IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| FRED ASHLEY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 118-211 |
| ) | |
| CIRCUIT COURT FOR ANNE ) | |
| ARUNDEL COUNTY; KILLEEN ) | |
| MUNICIPAL COURT; and, ) | |
| PATRICE E. CARTER, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 28th day of January, 2019, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA